AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| BORIS DAVIDOFF and<br>PROSPECTIVE INTERNATIONAL TRADING INC<br><br>*Plaintiff(s)*<br>v.<br>NASIM SIDDIQI,<br>MOHAMED AMIN,<br>ANCHOR FINANCE GROUP, LLC,<br>ANCHOR CAPITAL INTERNATIONAL, LLC<br>STANDARD CHARTERED BANK<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:23-cv-00037(JMA)(SIL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MOHAMED AMIN
102 ACRE LANE,
HICKSVILLE, NEW YORK
11801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Rykaczewski, Esq.
97-77 Queens Blvd, 9th Floor
Rego Park, NY 11374

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 01/12/2023



*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

**BORIS DAVIDOFF and PROSPECTIVE INTERNATIONAL TRADING INC**

Plaintiff(s)

v.

**NASIM SIDDIQI**

Defendant(s)

**AFFIDAVIT OF SERVICE**

Civil Action No.: **2:23-cv-00037-JMA-SIL**
Issue Date: **January 12, 2023**
Documents: **SUMMONS IN A CIVIL ACTION, and COMPLAINT**

Brendan Long, being duly sworn, deposes and says: I reside in the County of Nassau in the State of New York, I am a citizen of the United States, I am over eighteen years of age, I am not a party to nor interested in this action, I have the proper authority to serve pleadings in the State of New York, and I am competent to be a witness therein.

The summons for **MOHAMED AMIN** was received by deponent on March 29, 2023.

**SUBSTITUTED SERVICE**
On **March 30, 2023**, at **1:52 PM**, at **102 Acre Lane, Hicksville, New York 11801**, a private house, deponent served the above-described documents upon the defendant, **MOHAMED AMIN**, by leaving a true copy with **Yasim Amin, spouse/co-resident**, a person of suitable age and discretion who resides at the defendant's residence or usual place of abode described above.

Deponent describes the person to whom the above-described documents were delivered as follows:

| Sex | Skin Color/Race | Hair Color | Age (approx.) | Height (approx.) | Weight (approx.) |
|---|---|---|---|---|---|
| Female | Tan/Brown | Gray | 65 | 5'6" | 170 lbs. |

Other Identifying Features: **Wore a Hijab**

On **March 30, 2023**, deponent deposited in a post office depository under the exclusive care and custody of the United States Postal Service within New York State, a true copy of the above-described documents, enclosed in a **First-Class Mail** postpaid plain envelope, bearing the legend "Personal and Confidential", addressed to the defendant at their last known address: **MOHAMED AMIN, 102 Acre Ln, Hicksville, NY 11801**.

Deponent asked the indicated person if the defendant is, or is dependent on, a person in military service of the United States, State of New York, any other State, or ally in any capacity and received a negative reply. Based on aforesaid conversation and observation, deponent believes the defendant is not, and is not dependent on, a person in military service.

x _____
Brendan Long, Process Server
Island Process Service, Inc.
1614 5th Ave, Bay Shore, NY 11706
(631) 647-7663, service@islandprocess.com

State of NY County of Suffolk ss.:
Sworn to before me this
30 day of March, 2023

x _____
Notary Public

STACEY COSTA
Notary Public, State of New York
No. 01CO4991551
Qualified in Suffolk County
Commission Expires February 3, 20__

Attorney for Plaintiff: Christopher Rykaczewski, Esq., 97-77 Queens Boulevard, 9th Floor, Rego Park, New York 11374, (201) 953-4450

Page 1 of 1