UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BORIS DAVIDOFF and PROSPECTIVE INTERNATIONAL TRADING INC, <br><br> Plaintiffs, <br><br> v. <br><br> NASIM SIDDIQI, MOHAMED AMIN, ANCHOR FINANCE GROUP, LLC, ANCHOR CAPITAL INTERNATIONAL, LLC, STANDARD CHARTERED BANK, <br><br> Defendants. | Case No. 2:23-cv-00037 |

## JOINT PROPOSED SCHEDULING ORDER

The Parties, by and through their respective counsel of record and pursuant to this Court's July 20, 2023 Order, file this Joint Proposed Scheduling Order and state as follows:

The Court's July 20, 2023, Text Order directed the Parties to meet and confer and file on or before July 26, 2023, a proposed briefing schedule on Defendants' proposed respective dispositive motions.

The Parties have met and conferred and proposed the following briefing schedule:

| | |
|---|---|
| Dispositive Motions: | September 15, 2023 |
| Plaintiffs' Response: | October 16, 2023 |
| Movants' Replies: | October 31, 2023 |

Independent of the joint proposed scheduling order the Parties were directed to file by the Court, Plaintiff has requested a briefing schedule on a proposed motion to

1

consolidate/joinder. As this is outside of the scope of the Court's July 20, 2023, Text Order, Defendants' respective counsel recommend that such briefing be addressed in a separate filing with the Court.

Dated: July 26, 2023

| | |
|---|---|
| **CHRISTOPHER RYKACEWSKI, ESQ.** | **EVERSHEDS SUTHERLAND (US) LLP** |
| By: /s/Chris Rykaczewski_____ <br> Chris Rykaczewski , Esq. <br> 9777 Queens Blvd Rego Park, 9th Floor <br> Rego Park, New York 11374 <br> Telephone: (201) 953-4450 <br> Rrex2012@gmail.com <br><br> *Attorney for Plaintiffs* | By: */s/Lewis S. Wiener*_____ <br> Lewis S. Wiener <br> 700 Sixth Street N.W., Suite 700 <br> Washington, DC 20001 <br> Telephone: (202) 383-0126 <br> Facsimile: (202) 637-3593 <br> lewiswiener@eversheds-sutherland.com <br><br> *Attorneys for Defendant Standard Chartered Bank* <br><br> **REX WHITEHORN& ASSOCIATES, P.C.** <br><br> By: /s/Jonathan M. Cohen_____ <br> Rex Whitehorn, Esq. <br> Jonathan M. Cohen, Esq. <br> Rex Whitehorn & Associates, P.C. <br> 1077 Northern Blvd, Suite 1W <br> Roslyn, New York 11576 <br> Tel: (516) 829-5000 <br> rw@rwassociatespc.com <br> jc@rwassociatespc.com <br><br> *Attorneys for Defendants Siddiqi, Amin, Anchor Financial, LLC and Anchor Capital International, LLC* |

# REX WHITEHORN & ASSOCIATES, P.C.
──────────── ATTORNEYS AT LAW ────────────

REX WHITEHORN

JONATHAN COHEN
CAESAR D. RICHBOW
DENIS FISHMAN

OF COUNSEL:
MARK D. MERMEL

1077 NORTHERN BOULEVARD
WEST WING, SUITE 1
ROSLYN, NEW YORK 11576

TEL: (516) 829-5000

RW@RWASSOCIATESPC.COM
JC@RWASSOCIATESPC.COM

**VIA ECF**

July 27, 2023

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Case 2:23-cv-00037-JMA-LGD Davidoff et al v. Siddiqi et al*
               *Joint Proposed Briefing Schedule*

Dear Judge Azrack,

    Rex Whitehorn & Associates, P.C., represents Defendants Nassim Siddiqi, Anchor Finance Group, LLC and Anchor Capital International, LLC.  Attached, please find the Joint Proposed Briefing Schedule on behalf of all of the parties.  Our sincere apologies for the delay in filing.  This Office had sent a proposed briefing schedule to the other parties on Friday and received the approved Joint Proposed Briefing Schedule after hours yesterday.  Again, our sincerest apologies for the delay.  If there are any questions, please feel free to contact me.

                                          Sincerely,

                                          REX WHITEHORN & ASSOCIATES P.C.

                                          By: Rex Whitehorn, Esq.

Cc:    Chris Rykaczewski, Esq., attorney for the Plaintiffs via ECF

        Lewis S. Wiener, Esq., attorney for remaining Defendants via ECF

# Jonathan Cohen

| | |
|---|---|
| **From:** | Jonathan Cohen |
| **Sent:** | Friday, July 21, 2023 11:47 AM |
| **To:** | Kessler, Rachael; rrex2012@gmail.com |
| **Cc:** | Rex Whitehorn; Weber, Scott Louis |
| **Subject:** | RE: Activity in Case 2:23-cv-00037-JMA-LGD Davidoff et al v. Siddiqi et al Order on Motion for Pre Motion Conference |

All:

Good morning. We propose the following schedule for **our** Motion:

Filing of our Motion on behalf of the Siddiqi Defendants - August 4th
Opposition due by September 1st
Reply September 15th

We do not feel the need for a conference call as we can just reach an agreement as to the Briefing schedule dates by e-mail.

Thank you,

Jonathan

Jonathan M. Cohen
Attorney
**Rex Whitehorn & Associates, P.C.**
1077 Northern Blvd, Suite 1W
Roslyn, New York 11576
Tel: (516) 829-5000


This message is being sent from a Law Firm and may contain CONFIDENTIAL or PRIVILEGED information. If you are not the intended recipient, do not printout, copy or distribute this message or any attachments. Advise the sender immediately by reply e-mail, and delete this message and attachments without retaining a copy.

**From:** Rex Whitehorn <rw@rwassociatespc.com>
**Sent:** Thursday, July 20, 2023 7:03 PM
**To:** Kessler, Rachael <rachael.kessler@us.dlapiper.com>; rrex2012@gmail.com
**Cc:** Weber, Scott Louis <Scott.Weber@us.dlapiper.com>; Jonathan Cohen <jc@rwassociatespc.com>
**Subject:** Re: Activity in Case 2:23-cv-00037-JMA-LGD Davidoff et al v. Siddiqi et al Order on Motion for Pre Motion Conference

To all -

We can email a proposed schedule tomorrow and start from there. We won't need much time to finish and serve our motion to dismiss.

Regards, Rex

1

**From:** Kessler, Rachael <rachael.kessler@us.dlapiper.com>
**Sent:** Thursday, July 20, 2023 4:28:30 PM
**To:** rrex2012@gmail.com <rrex2012@gmail.com>
**Cc:** Weber, Scott Louis <Scott.Weber@us.dlapiper.com>; Rex Whitehorn <rw@rwassociatespc.com>
**Subject:** FW: Activity in Case 2:23-cv-00037-JMA-LGD Davidoff et al v. Siddiqi et al Order on Motion for Pre Motion Conference

Counsel,

Please let me know your availability for a call next Monday or Tuesday to discuss a briefing schedule on Standard Chartered Bank's motion to dismiss.

Thanks,
Rachael

Rachael Kessler (she, her, hers)
Associate

T +1 212 335 4749
F +1 212 884 8605
M +1 443 243 5967
rachael.kessler@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Thursday, July 20, 2023 11:58 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:23-cv-00037-JMA-LGD Davidoff et al v. Siddiqi et al Order on Motion for Pre Motion Conference

!

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/20/2023 at 11:57 AM EDT and filed on 7/20/2023
**Case Name:**     Davidoff et al v. Siddiqi et al
**Case Number:**   2:23-cv-00037-JMA-LGD

2

**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER denying DE [15] Motion for Pre Motion Conference; denying DE [22] Motion for Pre Motion Conference. The Court waives its pre-motion conference requirement and instead directs the parties to brief Defendants' motions. The parties shall confer and submit a joint proposed briefing schedule for the Court's review, by or before 7/26/2023. Ordered by Judge Joan M. Azrack on 7/20/2023. (MB)**

**2:23-cv-00037-JMA-LGD Notice has been electronically mailed to:**

Rex Whitehorn     rw@rwassociatespc.com, ah@rwassociatespc.com, en@rwassociatespc.com, jc@rwassociatespc.com

Scott Louis Weber     scott.weber@us.dlapiper.com

Chris Rykaczewski, I     rrex2012@gmail.com

Rachael Kessler     rachael.kessler@dlapiper.com

**2:23-cv-00037-JMA-LGD Notice will not be electronically mailed to:**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

3

# Jonathan Cohen

| | |
|---|---|
| **From:** | Wiener, Lewis <lewiswiener@eversheds-sutherland.com> |
| **Sent:** | Wednesday, July 26, 2023 5:35 PM |
| **To:** | Jonathan Cohen; Rex Whitehorn; rrex2012@gmail.com |
| **Cc:** | Fox, Melissa |
| **Subject:** | 2023-07-26 Draft Scheduling Order |
| **Attachments:** | 2023-07-26 Draft Scheduling Order.docx |

Gentlemen:

Attached is the draft proposed joint briefing schedule.  **THIS IS DUE TODAY**.  Please get back with me ASAP (before 6:00 p.m.) with any questionjs/comments/approval.

I've kicked everything out a week to accommodate Jonathan's October vacation schedule.

Chris: with respect to your request that we add in a a schedule for the briefing of your anticipated motion to consolidate/joinder, I don't know enough about the matter your propose to consolidate or the party(ies) you propose to join to make an intelligent statement to the court.  Moreover, the Court's July 20th order directed the parties to propose a briefing schedule for the two proposed dispositive motions that defendants proposed to file.  The motion to consolidate/joiner is outside the scope of the court's order.  This can be easily and efficiently addressed through your filing a separate motion for leave and requested briefing schedule with the court.

Kindly get back to me ASAP (by 6:00 p.m.) with your approval of the attached so we can get it filed today.

If anyone would like to speak by phone, you may reach me at (202) 299-7992.

Please confirm receipt of this e-mail and its attachment.

Thanks,

Lew Wiener

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.